No. 03–7360.  PRATT v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–7362.  CHRISTOPHER v. SISNEROS, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 03–7363.  SIMMONS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 03–7367.  CASTILLO-HERNANDEZ v. UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 03–7369.  VENTRE v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 03–7379.  LAMERE v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 03–7383.  PEREZ-BOLLANO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–7385.  PATTERSON v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 03–7392.  WHETHERS v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 03–7393.  TIGNOR v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–7397.  KIRBY v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 03–6827.  ORBE v. TRUE, WARDEN.  C. A. 4th Cir.  Motion of Association of the Bar of the City of New York et al. for leave to file a brief as amici curiae granted.  Certiorari denied.

No. 03–7280.  METCALF v. UNITED STATES.  C. A. 6th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied.  Certiorari denied.

No. 02–10661.  OWEN v. SUPREME COURT OF SOUTH DAKOTA, ante, p. 833; .

No. 02–10748. CASTILLE v. TELETECH CUSTOMER CARE MANAGEMENT (CO), INC., *ante*, p. 836;

No. 02–10757. YOUNG v. ILLINOIS, *ante*, p. 836;

No. 02–10786. STRUCK v. BUREAU OF ALCOHOL, TOBACCO AND FIREARMS, *ante*, p. 837;

No. 02–10839. ALLEY v. BELL, WARDEN, *ante*, p. 839;

No. 02–10856. ELIAS SEPULVEDA v. UNITED STATES, *ante*, p. 840;

No. 02–10951. NIMMONS v. CAMPBELL ET AL., *ante*, p. 845;

No. 02–11038. SPIDLE v. GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER, *ante*, p. 850;

No. 02–11090. PAKALINSKY v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL., *ante*, p. 854;

No. 02–11156. HALL v. LAMARQUE, WARDEN, *ante*, p. 858;

No. 02–11381. RUTLEDGE v. UNITED STATES, *ante*, p. 872;

No. 03–16. KRILICH v. UNITED STATES, *ante*, p. 946;

No. 03–122. DING, INDIVIDUALLY AND AS NEXT FRIEND OF DING ET AL., MINORS v. ENGLER ET AL., *ante*, p. 878;

No. 03–5026. IN RE HUBBARD, *ante*, p. 808;

No. 03–5092. GERA v. HASSENFELD ET AL., *ante*, p. 887;

No. 03–5106. JAMES v. JONES, WARDEN, *ante*, p. 888;

No. 03–5332. SALLIE v. GEORGIA, *ante*, p. 902;

No. 03–5390. CRANDALL v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL., *ante*, p. 906;

No. 03–5829. GILMORE v. AT&T CORP., *ante*, p. 955;

No. 03–5874. CRAWFORD v. HEAD, WARDEN, *ante*, p. 956;

No. 03–5889. ZUMETA v. MANN, *ante*, p. 957;

No. 03–5956. WILLIAMS v. TEXAS, *ante*, p. 969;

No. 03–6055. NEWSOME v. ENTERGY NEW ORLEANS, INC., ET AL., *ante*, p. 959; and

No. 03–6088. COLEMAN v. HARRISON, WARDEN, ET AL., *ante*, p. 959. Petitions for rehearing denied.

No. 02–11369. WILSON v. CENTRAL INTELLIGENCE AGENCY, *ante*, p. 871. Motion of petitioner for leave to file petition for rehearing denied.

DECEMBER 9, 2003

No. 03–7127 (03A448). VICKERS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITU-